FILED: March 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2162
(5:21-cv-00173-D)
_____

TRACIE BEARD, individually and on behalf of all others similarly situated

  Plaintiff - Appellant

v.

JOHN HIESTER CHEVROLET, LLC

  Defendant - Appellee

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*